**Maria Luisa QUEVEDO,**
**Plaintiff–Appellant,**

v.

**Donald H. RUMSFELD, Secretary, Department of Defense; Army and Air Force Exchange Service (AAFES), Agency, Defendants–Appellees.**

**No. 03–1529.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 22, 2003.

Decided Oct. 22, 2003.

Marie Luisa Quevedo, Appellant Pro Se. Thomas Michael DiBiagio, United States Attorney, Tarra R. DeShields–Minnis, Office of the United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Maria Luisa Quevedo appeals the district court's order granting the defendants' motion for summary judgment in this employment discrimination action. Quevedo alleged that the defendants discriminated against her by failing to promote her because of her race and national origin. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Quevedo v. Rumsfeld,* No. CA–02–806–FNS (D.Md. Feb. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*